

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00583-CV

### IN THE ESTATE OF MARIO GONZALEZ LIRA

On appeal from the
County Court at Law No. 2 of Cameron County, Texas
Trial Cause No. 2006-CPC-92-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment of September 13, 2012 and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED. Costs of the appeal are adjudged against the appellants.

We further order this decision certified below for observance.

February 26, 2015.